EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00367-04 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING AND ORDER |
| vs. | ) | |
| | ) | |
| PATRICK BRIGGS,       (04) | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO CONTINUE SENTENCING AND ORDER**

IT IS HEREBY STIPULATED AND AGREED between the parties, the United States of America by and through Assistant U.S. Attorney Chris A. Thomas, and the Defendant, Patrick Briggs, by and through his respective attorney, Richard Gronna, Esq., and the parties respectfully requests, that the Court approve a continuance of the sentencing date in this case that was set for February 27, 2006, at 2:15 p.m. before the Honorable David A. Ezra to May 30, 2006 at 1:30 p.m. before the Honorable David A. Ezra.

```
                DATED: February 23, 2006, at Honolulu, Hawaii.

                                        EDWARD H. KUBO, JR.
                                        United States Attorney
                                        District of Hawaii

                                        By /s/ Chris A. Thomas
                                           CHRIS A. THOMAS
                                           Assistant U.S. Attorney


                                         /s/ Richard Gronna
                                           RICHARD GRONNA
                                           Attorney for Defendant
                                             PATRICK BRIGGS
```

THE COURT SO FINDS,
APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, February 27, 2006.

```
                                _____
                                David Alan Ezra
                                United States District Judge
```

U.S. V. PATRICK BRIGGS
Cr. No. 03-00367-04 DAE
"Stipulation to Continue Sentencing and Order"