RICHARD D. GRONNA #5391
Attorney at Law
Haseko Center
820 Mililani Street, Suite 812
Honolulu, Hawai'i 96813
Telephone (808) 523-2441
Facsimile (808) 521-5800
e-mail: rgronna@hawaii.rr.com

Attorneys for Defendant
PATRICK BRIGGS

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 03-00367 DAE |
|---|---|
| Plaintiff, | ) STIPULATION TO MODIFY ) CONDITIONS OF PRETRIAL RELEASE; |
| vs. | ) ORDER GRANTING STIPULATION TO ) MODIFY CONDITIONS OF PRETRIAL |
| PATRICK BRIGGS, | ) RELEASE |
| Defendant. | ) |

STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

It is hereby stipulated by and between the parties, by the Plaintiff, United States of America, by and through its attorney, Chris Thomas, the Defendant, PATRICK BRIGGS, by and through his attorney, Richard D. Gronna, and Pre-trial Services, by and through Diane Arima-Linscott that the special condition of the release as it pertains to the Defendant's residence be amended to allow the Defendant to travel to Austin, Texas on September 5, 2006 and to return to his residence in Las Vegas, Nevada on September 9, 2006 so that he may attend to his aunt's affairs. The defendant will reside with his aunt Peggy Valls at 9617 Great Hills

Trail, Texas, telephone 512 344-9614 from September 5, 2006 until his return to Las Vegas, Nevada on September 9, 2006.

All the other terms and conditions shall apply to the Court's previous orders of release.

DATED: Honolulu, Hawai'i, AUG 28 2006

---
CHRIS THOMAS
Assistant United States Attorney

DATED: Honolulu, Hawai'i August 24 2006

---
RICHARD D. GRONNA
Attorney for Defendant
PATRICK BRIGGS

DATED: Honolulu, Hawaii, _____

---
DIANE ARIMA-LINSCOTT
PRE-TRIAL SERVICES