ORDER

UPON review of the Stipulation between the Parties and Pre-trial Services, and good cause appearing therefore, the condition pertaining to the defendant's residence is hereby amended to allow the Defendant to the special condition of the release as it pertains to the Defendant's residence be amended to allow the Defendant to travel to Austin, Texas on September 5, 2006 and to return to his residence in Las Vegas, Nevada on September 9, 2006 so that he may attend to his aunt's affairs. The defendant will reside with his aunt Peggy Valls at 9617 Great Hills Trail, Texas, telephone 512 344-9614 from September 5, 2006 until his return to Las Vegas, Nevada on September 9, 2006.

All other previous orders pertaining to the terms and conditions of the Defendants Pre-trial release shall apply.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____8/31/06_____.

_____Leslie E. Kobayashi_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

UNITED STATES OF AMERICA v. PATRICK BRIGGS (06); CR. NO. 03-00367 DAE; Order Granting Stipulation to Modify Conditions of Pretrial Release

- 3 -