# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/04/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00367DAE |
| CASE NAME: | USA v. (04)Patrick Briggs |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | (04)Richard Gronna |
| USPO: | Mona Godinet |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 12/04/2006 | TIME: | 1:30pm-2:25pm |

COURT ACTION:  EP: Sentencing to Counts 1 and 2 of the Indictment as to Defendant (04)Patrick Briggs.  Government's Motion for Downward Departure. Defendant's Motion for a Sentence Below the Recommended Sentencing Guideline Range as to Defendant (04) Patrick Briggs.

Defendant (04)Patrick Briggs present, not in custody.

Government's Motion for Downward Departure-GRANTED.

Defendant's Motion for a Sentence Below the Recommended Sentencing Guideline Range as to Defendant (04) Patrick Briggs-DENIED.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant (04)Patrick Briggs.

SENTENCE:

Imprisonment: 24 MONTHS, as to each of Counts 1 and 2 of the Indictment, with all such terms to run concurrently.

Supervised Release: 5 YEARS, as to each of Counts 1 and 2 of the Indictment, with all such terms to run concurrently.

CONDITIONS:

1. Defendant shall abide by the standard conditions of supervision.

2. Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release, as directed by the Probation Office.[DRUG TESTING IS WAIVED]

6. Defendant shall participate in and comply with substance abuse treatment, which includes drug and alcohol testing in a program approved by the Probation Office.  Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7. Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

8. Defendant shall not possess any illegal or dangerous weapon.

9. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment:  $200.00.

JUDICIAL RECOMMENDATIONS:  Federal Prison Camp closest to Las Vegas, NV.

Defendant advised of his right to appeal.

Mittimus is stayed until 1/16/2007.  Defendant to self-surrender @2:00 p.m. on 1/16/2007 at the facility designated by the Bureau of Prisons.  The time is the time at the facility.

Current bail conditions of release to continue.

Submitted by:  Theresa Lam, Courtroom Manager