UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED



NOT DELIVERABLE
AS ADDRESSED —
UNABLE TO FORWARD

UTF

RICHARD D. GRONNA, ESQ.
HASEKO CENTER
820 MILILANI ST. STE. 812
HONOLULU, HI. 96813

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 21 2006
11:05 am
DISTRICT OF HAWAII

CR 03-367 DAE