AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

| CASE NUMBER: | 1:03CR00367-004 | Judgment - Page 2 of 6 |
| DEFENDANT: | PATRICK BRIGGS | |



# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>24 MONTHS</u>

This term consists of TWENTY-FOUR(24) MONTHS, as to each of Counts 1 and 2 of the Indictment, with all such terms to run concurrently

[✔]    The court makes the following recommendations to the Bureau of Prisons:
Federal Prison Camp closest to Las Vegas, NV.

[ ]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[✔]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [✔] before <u>2:00pm, local time</u> on <u>1/16/2007</u>.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 6 2007

at 1 o'clock and 40 min. P M
SUE BEITIA, CLERK

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  01-16-2007  to  TCI-SCP

at  Taft, CA  , with a certified copy of this judgment.

Jeff Wrigley, Warden
~~UNITED STATES MARSHAL~~

By  Heidi Jordan, Records
    ~~Deputy U.S. Marshal~~  Tech